**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Common Horizons Trust,  ) | No. CV 06-0003-PCT-JAT |
| )  Plaintiff,  ) | **ORDER** |
| ) vs.  ) | |
| ) Dan Heidemann,  ) | |
| )  Defendant.  ) | |
| _____ ) | |

On January 3, 2006, Chester A. Stone, IV, filed a Petition to Quash Summons, purportedly on behalf of Plaintiff, Common Horizons Trust. Mr. Stone claims to be a Trustee of Common Horizons Trust. The Court does not have a copy of the Trust document.

On January 30, 2006, this Court entered an order to show cause directing Plaintiff to show cause why this case should not be dismissed because a trust, as an entity, is required to have counsel to appear in Federal court. Mr. Stone responded on behalf of Plaintiff arguing that, "The Trust itself is the real party in interest. Plaintiff's trustees are contracted directly to their Trust and thus fully integrated with and into it." Doc. #5 at 5. Mr. Stone also states, "Plaintiff's beneficiaries have no control whatsoever and thus as regards this matter are not real parties in interest." *Id.* What is clear from these statements is that Plaintiff Trust has multiple trustees and multiple beneficiaries; such beneficiaries may or may not have a present interest in the trust.

1    In *C.E. Pope Equity Trust v. United States*, 818 F.2d 696 (9th Cir. 1987), the Court of
2  Appeals held that a trust could not appear in Federal court without licensed counsel. *Id.* at
3  697-98.  Mr. Stone attempted to distinguish this case from *Pope* on the theory that in *Pope*,
4  the Trustee bringing the suit was not the real party in interest; conversely, Mr. Stone argues
5  that as Trustee he is the real party interest in this case.

6    The Court rejects Mr. Stone's attempts to distinguish *Pope*.  In this case, like *Pope*,
7  the Court does not know the identities of the beneficiaries of the Trust, who are most likely
8  the real parties in interest to the property of the Trust.  Further, this Court does not know if
9  Mr. Stone even represents a majority of Trustee of the Plaintiff.  Therefore, the Court does
10 not find Mr. Stone to be the real party in interest; and thus, finds this case to be
11 indistinguishable from *Pope*.  Therefore, Plaintiff having failed to show cause why this case
12 should not be dismissed,

13   **IT IS ORDERED** that this case is dismissed, without prejudice, because a Trust may
14 not appear in Federal court without licensed counsel representing the Trust entity.

15   DATED this 11th day of April, 2006.

_____
James A. Teilborg
United States District Judge